UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

ERIC DAVIS,

          Plaintiff,

v.

GREG COX, *et al.*,

          Defendants.

CASE NO.: 3:14-CV-00205-RCJ-WGC

O R D E R

      The Court has considered the Report and Recommendation of United States Magistrate (ECF #28) entered on May 26, 2015, in which the Magistrate Judge recommends the Court grant Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment (ECF #16). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

      ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #28).

      IT IS HEREBY ORDERED that Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment (ECF #16) is GRANTED.

      IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

      IT IS SO ORDERED this 16th day of June, 2015.

                                    _____
                                    ROBERT C. JONES
                                    UNITED STATES DISTRICT JUDGE